IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:39

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MATTHEW BROWN (02)<br>a/k/a " Downtown" | No. 4:16-MJ-169<br><br>SEALED<br>UNTIL EXECUTED |

## WARRANT FOR ARREST

**TO:** **The United States Marshal and**
**Any Authorized Officer of the United States**

YOU ARE HEREBY COMMANDED to arrest **BRIAN MATTHEW BROWN**, also known as Downtown, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of **21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B))**.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

---

### RETURN

---

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| DATE RECEIVED:<br>4-1-16<br><br>DATE OF ARREST: | NAME AND TITLE OF<br>ARRESTING OFFICER:<br><br>W. McDougall Deputy | SIGNATURE OF<br>ARRESTING OFFICER<br><br>Walt McDougall |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

US MARSHALS SERVICE N/TX
FORT WORTH, TX

2016 MAR 29 AM 7:40

UNITED STATES OF AMERICA

v.   No. 4:16-MJ-169

NIKIE NICOLE FRYE (06)

## WARRANT FOR ARREST

SEALED
UNTIL EXECUTED

TO:   The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **NIKIE NICOLE FRYE** and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Grand Prairie, TX   .

| DATE RECEIVED: 4/1/16 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 4/1/16 | Trooper Justin Little | /s/ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-MJ-169 |
| MICHAEL SEAN GOSS (07)<br>a/k/a "Killer" | |

## WARRANT FOR ARREST

**TO:** The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **MICHAEL SEAN GOSS**, also known as Killer, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute, in violation** of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___Fort Worth, TX___.

| DATE RECEIVED:<br>4-1-2016 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | 4-1-2016 | [signature] |

SEALED UNTIL EXECUTED

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:40

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

US MARSHALS SERVICE N/TX
FORT WORTH, TX
2016 MAR 29 AM 7:40

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:16-MJ-169 |
| SARAH SUEANNE RAGSDALE (12) | |

WARRANT FOR ARREST

SEALED UNTIL EXECUTED

TO:   The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **SARAH SUEANNE RAGSDALE**, and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) & (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the 28th day of March, 2016.

---

**RETURN**

---

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 4/1/2016 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 4/1/16 | S. Van Green SA/HSI   Fort Worth, TX | [signature] |